ACCEPTED
02-15-00101-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
3/20/2015 3:14:07 PM
DEBRA SPISAK
CLERK

No. _____

IN THE COURT OF APPEALS
FOR THE SECOND DISTRICT OF TEXAS
AT FORT WORTH

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
3/20/2015 3:14:07 PM
DEBRA SPISAK
Clerk

IN RE JODY WEIDERMAN          §
                             §
                             §
                             §
                             §

## RELATOR'S EMERGENCY MOTION FOR TEMPORARY RELIEF

ANDY TAYLOR & ASSOCIATES, P.C.
Andy Taylor
State Bar No.  19727600
Amanda Peterson
State Bar No.  24032953
2668 Highway 36S, #288
Brenham, Texas  77833
713-222-1817 (telephone)
713-222-1855 (facsimile)

---AND---

Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
Alexander Dubose Jefferson &
        Townsend LLP
515 Congress Ave., Suite 2350
Austin, Texas 78701-3562
(512) 482-9300(telephone)

(512) 482-9303 (facsimile)

ATTORNEYS FOR RELATOR
JODY WEIDERMAN

## STATEMENT OF THE CASE

By separate filing, Relator brings an Original Emergency Petition for Writ of Mandamus to require the Trial Court to exercise jurisdiction over Relator's underlying claim for declaratory and injunctive relief. Relator asked the trial court to declare that the City of Arlington's recent ordinance calling for a May 9, 2015 election ("Special Election Ordinance") was void and without legal authority. In the underlying suit, the City of Arlington passed a Special Election Ordinance calling for a Special Election on a citizen-petition seeking to repeal the City's current red light camera safety program. Under the Arlington City Charter, however, there exists no citizen right of referendum. Because the effort to repeal this program by way of citizen-petition constitutes a referendum petition, the City was without legal authority to call an election and the Election Ordinance it passed is void.

In addition, under the Arlington City Charter, no ordinance is effective unless and until the Mayor signs that ordinance and the City

Secretary attests to the Mayor's genuine signature. As proven below during a hearing on the City's plea to the jurisdiction, the Mayor did not sign the Special Election Ordinance and the City Secretary admitted under oath that she did not witness the Mayor signing the document, but rather, an employee of the City Secretary's Office merely affixed the Mayor's "signature" by using a rubber stamp bearing his name. The City Secretary admitted under oath that this was not what was contemplated or required by the Arlington City Charter.

Relator filed suit seeking declaratory relief that the Special Election Ordinance was void as well as injunctive relief to prohibit the improperly-called election from going forward. The Trial Court improperly granted the City's plea to the jurisdiction on the erroneous belief that subject matter jurisdiction was lacking because a court may not interfere with an election. In so doing, the trial court has committed a clear abuse of discretion. Because the election is only two months away, Relator lacks an adequate appellate remedy, and therefore seeks an emergency remedy by way of an Original Emergency Petition for Writ of Mandamus and by way of this Emergency Motion for Temporary Relief.

## STATEMENT OF EXIGENT CIRCUMSTANCES

Relators are filing an Original Emergency Petition for Mandamus Relief contemporaneously herein. Relators have no adequate remedy at law, as the filing of an ordinary appeal is not yet due, and, even if filed immediately, will not result in the type of emergency and substantive relief needed to prevent irreparable harm.

## EMERGENCY TEMPORARY RELIEF

Accordingly, in order to preserve the status quo, protect this Court's jurisdiction, and prevent irreparable harm to Relator, Relator seeks the immediate entry of an Order temporarily staying the void and illegal Special Election Ordinance as well as temporarily enjoining the printing and mailing of any election ballots for the May 9, 2015 election regarding the illegal Referendum on whether to ban the City's safety camera program. Because ballots will likely be printed and perhaps even mailed to overseas voters as early as March 25, 2015, it is critical for this Court to grant this temporary emergency relief. Relator also asks the Court to order the Real Parties in Interest to file an Emergency Response to Relator's Original Emergency Petition for Writ of Mandamus and such other and further temporary relief which would be appropriate under these exigent

iv

circumstances. Although Relator seeks oral argument in connection with their Original Emergency Petition for Writ of Mandamus, Relator is certainly willing to waive such request if it is necessary to receive the emergency relief sought herein or any of the relief sought in the Emergency Petition for Writ of Mandamus itself.

**PRAYER**

Accordingly, Relator seeks the issuance of emergency temporary relief to allow the Court to retain jurisdiction and to avoid irreparable harm.

Respectfully Submitted,

ANDY TAYLOR & ASSOCIATES, P.C.

BY:  /s/ Andy Taylor
Andy Taylor
State Bar No.  19727600
Amanda Peterson
State Bar No.  24032953
2668 Highway 36S, #288
Brenham, Texas  77833
713-222-1817 (telephone)
713-222-1855 (facsimile)

---AND---

Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com

Alexander Dubose Jefferson &
Townsend LLP
515 Congress Ave. #2350
Austin, Texas 78701
(512) 482-9500 (telephone)
(512) 482-9303 (facsimile)

## CERTIFICATE OF SERVICE

By affixing my signature above, I , Andy Taylor, hereby certify that a true and correct copy of the above Original Petition for Writ of Mandamus has been delivered via electronic mail to the parties below on the 20th day of March, 2015.

CITY OF ARLINGTON LEGAL DEPARTMENT
Robert Fugate
Assistant City Attorney
City of Arlington
Mail Stop #63-0300
P.O. Box 90231
Arlington, Texas  76004-3231
817-459-6878 (Telephone)
817-459-6897 (Fascimile)

/s/ Andy Taylor
Andy Taylor